1  RANDY S. GROSSMAN
2  Acting United States Attorney
   PETER S. HORN
3  Assistant U.S. Attorney
4  California Bar No. 321358
   United States Attorney's Office
5  880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 546-6795
7  Peter.Horn@usdoj.gov

8
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11              UNITED STATES DISTRICT COURT

12             SOUTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          Case No.: 21-mj-01157-DEB

14            Plaintiff,

15       v.                            NOTICE OF APPEARANCE

16  RODERICK MUCHIKEKWANAPE,

17            Defendant.

18

19       TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

20       I, the undersigned attorney, enter my appearance as lead counsel for

21  the United States in the above-captioned case.  I certify that I am admitted to

22  practice in this court or authorized to practice under CivLR 83.3.c.3-4.

23       The following government attorneys (who are admitted to practice in

24  this court or authorized to practice under CivLR 83.3.c.3-4) are also

25  associated with this case, should be listed as lead counsel for CM/ECF

26  purposes, and should receive all Notices of Electronic Filings relating to

27  activity in this case:

28

1    <u>Name</u>

2    **None**.

3    Effective this date, <u>the following attorneys are no longer associated</u>

4    <u>with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings

5    relating to activity in this case (if the generic "U.S. Attorney CR" is still listed

6    as active in this case in CM/ECF, please terminate this association):

7    <u>Name</u>

8    **None**.

9    Please feel free to call me if you have any questions about this notice.

10    DATED: March 30, 2021.

11                                                          Respectfully submitted,

12                                                          RANDY S. GROSSMAN Acting
                                                            United States Attorney
13

14                                                          *s/ Peter S. Horn*
                                                            PETER S. HORN
15                                                          Assistant U.S. Attorney
                                                            Attorneys for Plaintiff
16                                                          United States of America

17

18

19

20

21

22

23

24

25

26

27

28