RANDY S. GROSSMAN
Acting United States Attorney
PETER S. HORN
Assistant United States Attorney
California Bar No. 321358
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6795
Email: peter.horn@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-mj-01157-DEB |
| Plaintiff, | |
| v. | |
| RODERICK MUCHIKEKWANAPE, | **UNITED STATES' MOTION TO DISMISS COMPLAINT** |
| a/k/a | |
| MUCHIKEKWANAPE, RODERICK RODNEY; MUCH, RODERICK TOOT; GAMBLER, THOMAS ROBERT; STARKES, PAUL EDWARD, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America respectfully requests that the Court dismiss without prejudice the complaint in this case. The United States is proceeding on the Complaint for Provisional Arrest with a View Towards Extradition of Roderick Muchikekwanape in *In re The Extradition of Roderick Muchikekwanape*, No. 21-MJ-01181-BGS, and thus respectfully request that the complaint in this matter be dismissed.

DATED: March 30, 2021.

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/ Peter S. Horn*
PETER S. HORN
Assistant United States Attorney